MDL 1578

WEIL, GOTSHAL & MANGES LLP

200 CRESCENT COURT
SUITE 300
DALLAS, TEXAS 75201
(214) 746-7700
FAX: (214) 746-7777

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OCT 22 2003
FILED
CLERK'S OFFICE

October 14, 2003

**BY FEDERAL EXPRESS**

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: MDL-1578-In re Association-Group Insurance Litigation.

Dear Mr. Beck:

We represent defendants UICI, Mid-West National Life Insurance Company of Tennessee, and The MEGA Life and Health Insurance Company (together, "Moving Defendants") in the above-referenced matter.

Pursuant to Rule 7.2(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Moving Defendants hereby notify the Multidistrict Litigation Panel of a potential tag-along action, McCommon v. The MEGA Life and Health Insurance Company, Case No. 03-CV-1132-BN, now pending in the United States District Court for the Southern District of Mississippi, Jackson Division. Attached as Exhibits 1 and 2, please find a copy of the plaintiffs' complaint and a copy of the docket report for the McCommon case.

If you require any further information, please let us know.

Respectfully submitted,

Yvette Ostolaza

RECEIVED CLERK'S OFFICE
2003 OCT 15 A 10: 17
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

cc: All Counsel of Record (by certified mail).



* Pulled complaint

IMAGED OCT 24 '03

**FIRST AMENDED MASTER PANEL SERVICE LIST**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT 22 2003

FILED CLERK'S OFFICE

Joseph T. Acquaviva, Jr., Esq.
Amy L. Thomas, Esq.
Wilson Cain & Acquaviva-OKC
300 NW 13th St., Suite 100
Oklahoma City, OK 73103

Telephone: 405-236-2600
Facsimile: 405-236-2607

Attorneys for Defendants The MEGA Life and Health Insurance Company and UICI in Garcia v. The MEGA Life and Health Insurance Company.

Sheryl Bey, Esq.
Baker, Donelson, Bearman & Caldwell
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, MS 39236

Telephone: 601-351-2400
Facsimile: 601-351-2424

Attorney for Defendant The MEGA Life and Health Insurance Company in Webster v. The MEGA Life and Health Insurance Co., Tomlin v. The MEGA Life and Health Insurance Company, Bishop v. The MEGA Life and Health Insurance Company, Bailey v. The MEGA Life and Health Insurance Company, and Clark v. The MEGA Life and Health Insurance Company.

Andre H. Cronthall, Esq.
Sheppard Mullin Richter & Hampton
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071-1448

Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorney for Defendants UICI and Mid-West National Life Insurance Company of Tennessee in Correa v. UICI and for Defendants UICI, Mid-West National Life Insurance Company of Tennessee, and Michael Davis in Portune v. UICI.

Randy D. Curry, Esq.
Law Offices of Randy D. Curry
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Telephone: 949-258-4381
Facsimile: 949-258-4382

Attorneys for Plaintiff Debbie Correa in Correa v. UICI and for Plaintiffs Albert J. Portune and Leslie Portune in Portune v. UICI.

Marion Wesley Frazier, Esq.
Dwight M. Francis, Esq.
Michael H. Francis, Esq.
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

Telephone: 214-999-3000
Facsimile. 214-999-4667

Attorneys for Defendants the National Association for the Self Employed and the NASE Group Insurance Trust in Garcia v. The MEGA Life and Health Insurance Company.

Alice Garber, Esq.
Christopher J. Cox, Esq.
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Telephone: 650-802-3000
Facsimile: 650-802-3100

Attorneys for Defendants UICI, The MEGA Life and Health Insurance Company, and Mid-West National Life Insurance Company of Tennessee in Lacy v. The MEGA Life and Health Insurance Company.

Baldemar Garza, Esq.
Attorney at Law
200 E. Second Street
Rio Grande City, TX 78582

Telephone: 956-487-7131
Facsimile: 956-487-8806

Attorneys for Defendants UICI and The MEGA Life and Health Insurance Company in Garcia v The MEGA Life and Health Insurance Company.

Michael D. Greer, Esq.
Greer, Pipkin & Russell
P.O. Box 907
117 N. Broadway Street
Tupelo, MS 38802-0907

Telephone: 662-842-5345
Facsimile: 662-842-6870

Attorneys for Plaintiffs Herman Tomlin and Gary Harrison in Tomlin v. The MEGA Life and Health Insurance Company, for Plaintiffs William E. Bailey, Mike Ellis, Windell E. Pounds, and Clara Mae Pounds in Bailey v. The MEGA Life and Health Insurance Company, for Plaintiffs Robert Pride, Effie D. Pride, Etheldra D. Haynie, Brandon A. Mayo, Thomas A. Mills, Johnny Moore, Gary Nanney, and Royce Spears in Pride v. The MEGA Life and Health Insurance Company, for Plaintiffs Harold D. Webster, Melvin Glenn Gresham, and Sandra Gresham in Webster v. The MEGA Life and Health Insurance Company, and for Plaintiffs Robert Clark and Donna R. Clark in Clark v. The MEGA Life and Health Insurance Company.

Arnulfo Guerra, Jr., Esq.
Guerra & Guerra
1900 W. University, Suite 6 PMB40
Edinburg, TX 78539

Telephone: 956-849-1266
Facsimile: 956-849-1771

Attorneys for Plaintiffs Frank Garcia, Cynthia Alaniz, and a purported class of persons similarly situated in Garcia v. The MEGA Life and Health Insurance Company.

T. Ray Guy, Esq.
Yvette Ostolaza, Esq.
Robert R. Sommerhays, Esq.
Angela C. Wennihan, Esq.
Weil Gotshal & Manges
200 Crescent Court, Suite 300
Dallas, TX 75201

Telephone: 214-746-7700
Facsimile: 214-746-7777

Attorneys for Defendants UICI and The MEGA Life and Health Insurance Company in Garcia v. The MEGA Life and Health Insurance Company.

John Samuel Hill, Esq.
Lamar Bradley Dillard, Esq.
Mitchell, McNutt & Sams
105 S. Front Street
Tupelo, MS 38804

Telephone: 662-842-3871
Facsimile: 662-842-8450

Attorneys for Defendants William Phipps, Robert Wesley Pittman, and John Does 1-20 in Clark v. The MEGA Life and Health Insurance Company, for Defendants Chad Mills, Robert Wesley Pittman, Barry Lee, and John Does 1-20 in Pride v. The MEGA Life and Health Insurance Company, for Defendants William Phipps and John Does 1-20 in Tomlin v. The MEGA Life and Health Insurance Company, for Defendants Barry Lee, Chad Mills, William Phipps, and John Does 1-20 in Bailey v. The MEGA Life and Health Insurance Company, and for Defendants William Phipps, David Bernard, Chad Mills, and John Does 1-20 in Webster v. The MEGA Life and Health Insurance Company, and for Defendant David S. Barnard in Bishop v. The MEGA Life and Health Insurance Company.

John Lee Malesovas, Esq.
David H. Martin, Esq.
Malesovas & Martin, LLP
P.O. Box 1709
Waco, TX 76703-1709

Telephone: 254-753-1777
Facsimile: 254-755-6400

Attorneys for Plaintiffs Frank Garcia, Cynthia Alaniz, and a purported class of persons similarly situated in Garcia v. The MEGA Life and Health Insurance Company.

Steven S. Mansell, Esq.
Mark A. Engel, Esq.
Steven S. Ashmore, Esq.
Mansell, Engel & Ashmore
101 Park Ave., Suite 665
Oklahoma City, OK 73102

Telephone:
Facsimile:

Attorneys for Plaintiffs Lloyd H. Grigsby and Frances R. Grigsby in Grigsby v. The MEGA Life and Health Insurance Company.

Brian K. Mazen, Esq.
William E. von Behren, Esq.
Meserve Mumper & Hughes, LLP
300 S. Grand Ave., 24th Floor
Los Angeles, CA 90071-3185

Telephone: 213-620-0300
Facsimile: 213-625-1930

Attorneys for Defendants the Alliance for Affordable Services, Specialized Association Services, William Callaghan, Jr., and Howard Segal in Fortune v. UICI, and for Defendants the Alliance for Affordable Services, William Callaghan, Jr., Howard Segal, Paul Pevsner, M.D., Danelle Nixon, and Ace Loomis in Correa v. UICI.

Rene P. Montalvo, Esq.
Law Office of Rene P. Montalvo, P.C.
206 North Britton Street, Suite C
PO Box 16
Rio Grande City, TX 78582

Telephone: 956-488-1266
Facsimile: 956-488-0480

Attorney for Plaintiffs Frank Garcia, Cynthia Alaniz, and a purported class of persons similarly situated in Garcia v. The MEGA Life and Health Insurance Company.

Joe D. Pegram, Esq.
1405 Jackson Ave.
P.O. Box 389
Oxford, MS 38655

Telephone: 662-234-6736
Facsimile: 662-234-6737

Attorney for Plaintiff Billy Randall Bishop in Bishop v. The MEGA Life and Health Insurance Company.Richard T. Phillips, Esq.

Richard T. Phillips, Esq.
Smith, Phillips, Mitchell & Scott
103 Bates Steet
P.O. Box 1586
Batesville, MS 38606

Telephone: 662-563-4613
Facsimile: 662-563-1546

Attorney for Plaintiffs Robert Clark and Donna R. Clark in Clark v. The MEGA Life and Health Insurance Company, and for Plaintiffs Robert Pride, Effie D. Pride, Etheldra D. Haynie, Brandon

A. Mayo, Thomas A. Mills, Johnny Moore, Gary Nanney, and Royce Spears in Pride v. The MEGA Life and Health Insurance Company.

Kennedy P. Richardson, Esq.
Marion's Inn
1611 Telegraph Ave., Suite 707
Oakland, CA 94612-2145

Telephone: 510-451-6770
Facsimile: 510-451-1711

Attorney for Defendants the National Association for the Self Employed and the Alliance for Affordable Services in Lacy v. The MEGA Life and Health Insurance Company.

Jamie Arturo Saenz, Esq.
Rodriguez, Colvin & Chaney, LLP
1201 E. Van Buren
Brownsville, TX 78522

Telephone: 956-542-7441
Facsimile: 956-541-2170

Attorney for Defendants UICI and the MEGA life and Health Insurance Company in Garcia v. The MEGA Life and Health Insurance Company.

William M. Shernoff, Esq.
Evangeline F. Garris, Esq.
Shernoff Bidart & Darras, LLP
600 S. Indian Hill Blvd.
Claremont, CA 91711 5498

Telephone: 909-621-4935
Facsimile: 909-625-6915

Attorneys for Plaintiff Debbie Correa in Correa v. UICI and for Albert J. Portune and Leslie Portune in Portune v. UICI.

Edward J. Simone, Esq.
Michael J. Reiser, Esq.
Law Offices of Reiser & Simone
1806 Bonanza Street
Walnut Creek, CA 94596

Telephone: 925-256-0500
Facsimile: 925-256-0700

Attorneys for Plaintiff Sandra Lacy in Lacy v. The MEGA Life and Health Insurance Company.

Robert D. Tomlinson, Esq.
Coree L. Sinclair, Esq.
McKinney & Stringer-OKC
Corporate Tower
101 N. Robinson Ave., Suite 1300
Oklahoma City, OK 73102-5504

Telephone:
Facsimile:

Attorneys for Defendant the National Association for the Self Employed in Grigsby v. The MEGA Life and Health Insurance Company.

Victor Vincent Vicinaiz, Esq.
Roerig Oliveira and Fisher
506 E. Dove Ave.
McAllen, TX 78504

Telephone: 956-637-8049
Facsimile: 956-631-8141

Attorneys for Defendant the National Association for the Self Employed in Garcia v. The MEGA Life and Health Insurance Company.

Thomas A. Wicker, Esq.
Michael D. Tapscott, Esq.
Holland, Ray, Upchurch & Hillen, P.A.
322 Jefferson Street
Tupelo, MS 38804

Telephone: 662-842-1721
Facsimile: 662-844-6413

Attorneys for Defendant the National Association for the Self Employed in Tomlin v. The MEGA Life and Health Insurance Company, Bishop v. The MEGA Life and Health Insurance Company, Bailey v. The MEGA Life and Health Insurance Company, Clark v. The MEGA Life and Health Insurance Company, Webster v. The MEGA Life and Health Insurance Company, and Pride v. The MEGA Life and Health Insurance Company.